IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EDDIE FAULK, JR., | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACT. NO. 1:18-cv-771-ECM |
| | ) (WO) |
| WALLY OLSEN, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On October 30, 2019, the Magistrate Judge entered a Recommendation (doc. 28) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for Plaintiff's abandonment of his claims, his failure to prosecute this action, and his failure to comply with the orders of this Court.

A separate Final Judgment will be entered.

Done this 16th day of December, 2019.

                                          /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE